IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA

v.                              Criminal No. 3:12cr131-01
                                              3:12cr131-03
JOSE ARMANDO BRAN,
and
KAREN SAN JOSE,

  Defendants.

**ORDER**

Defendant Karen San Jose having entered a plea of guilty to Count Three of the Second Superseding Indictment (Docket No. 49), the Court having accepted the plea of guilty, and the defendant therefore having been adjudged guilty, it is hereby ORDERED that:

Defendant Karen San Jose's MOTION TO SUPPRESS (Docket No. 48) is denied as moot;

Defendant Jose Armando Bran's MOTION TO PROHIBIT THE ADMISSION INTO EVIDENCE OF THE STATEMENTS OF THE CO-DEFENDANT OR IN THE ALTERNATIVE SEVER THE TRIAL (Docket No. 93) is denied as moot;

The United States' MOTION TO SEVER DEFENDANT KAREN SAN JOSE (Docket No. 102) is denied as moot;

The Court's Memorandum Order of March 8, 2013 (Docket No. 108) is vacated to the extent that it directs the parties to

file a statement of position regarding the procedures to be used in conducting a <u>Kastigar</u> hearing.

The hearing on defendant San Jose's motion to suppress currently set for March 25, 2013 is cancelled.

It is so ORDERED.

                                         /s/ *REP*
                                         Robert E. Payne
                                         Senior United States District Judge

Richmond, Virginia
Date: March 15, 2013