CRIMINAL MINUTES — UNITED STATES DISTRICT COURT EASTERN DISTRICT OF VIRGINIA — RICHMOND DIVISION

JUDGE: PAYNE
REPORTER: Peggy Peterson, OCR
DOCKET NO. 3:12-CR00131-01
DATE: March 18, 2013

UNITED STATES OF AMERICA
v.
COUNSEL

1. Jose Avmardo Bran
2.
3.

FILED
MAR 18 2013
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

1. Mary Maguire, Esq.
2. Carolyn Grady, Esq.
3. John A. Rockecharlie, Esq.

APPEARANCES: GOVERNMENT: Roderick Young, AUSA & Andrew Creighton, Esq, DOJ
DEFENDANT WITH COUNSEL (✓)  DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )  WAIVER OF APPEARANCE FILED ( )

BAIL STATUS: DEFENDANT ON BOND ( )  DEFENDANT INCARCERATED (✓)  BOND NOT SET ( )

TYPE OF PROCEEDINGS: ARRAIGNMENT ( )  REARRAIGNMENT/GUILTY PLEA ( )  MOTIONS ( )
OTHER: Hearing re: Proposed Juror Questionnaire (✓)

PRELIMINARY PROCEEDINGS:
WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER: _____ ( )

ARRAIGNMENT PROCEEDINGS:

| DEFENDANT(S) | WFA | FA | GUILTY | NG | JURY | WAIVED | 30-DAY WAIVER |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |

GUILTY PLEA PROCEEDINGS:
DEFENDANT WITHDREW PLEA OF NG AS TO COUNT(S) _____ ( )
DEFENDANT REARRAIGNED ON COUNT(S) _____ ( )
PLEA BARGAIN AGREEMENT FILED ( )
STATEMENT OF FACTS FILED ( )  USED AS SUMMARY ( )
DEFENDANT ENTERED PLEA(S) OF GUILTY AS TO COUNT(S) _____ ( )
COURT ACCEPTED PLEA ( )  GOVERNMENT SUMMARIZED EVIDENCE ( )
JUDGMENT: DEFENDANT GUILTY AS CHARGED IN COUNT(S) _____ ( )
PRESENTENCE REPORT ORDERED ( )  P.S.I. WAIVED ( )
SENTENCING GUIDELINE ORDER ENTERED ( )

BOND HEARING PROCEEDINGS:
DEFENDANT PLACED ON PR BOND IN AMOUNT OF $_____ ( )
BOND SET AT $_____ WITH SURETY ( )
DEFENDANT CONTINUED ON PRESENT BOND ( )  DEFT REMANDED (✓)
GOVERNMENT'S MOTION FOR BENCH WARRANT TO ISSUE IN THE AMOUNT OF
$_____ WITH SURETY HEARD ( )  GRANTED ( )
BENCH WARRANT TO ISSUE ( )  MOTION DENIED ( )

OTHER PROCEEDINGS:
( ) Government motion to unseal Indictment; granted.
( ) Motions to be filed within 11 days; Responses due 11 days thereafter.
( ) Agreed Discovery Order presented; entered by Court.

CASE CONTINUED TO: See page 2 attached for further minute entry.

CASE SET: 11:30 a.m.  BEGAN: 11:40 a.m.  ENDED: 12:20 p.m.  TIME IN COURT: 40 min

<u>Page 2 Minute Sheet::</u> <u>Court made inquiry to counsel regarding the Proposed Jury Questionairre to be given to jurors. Counsel for the United States and the Defendant made statements to the Court. The Court set a hearing on a Motion in Limine to be held at 10:00 a.m . on May 7, 2013; a hearing on the Bill of Particulars shall be held at 1:30 p.m. on March 20, 2013.</u>