# CRIMINAL PROCEEDINGS DOCKET MINUTE SHEET/ORDER OF ARRAIGNMENT

JUDGE: **PAYNE**
REPORTER: Diane Daffron, OCR
DOCKET NO.: CR 3:12cr00131-01
DATE: April 29, 2013

**UNITED STATES OF AMERICA**
v.
1. Jose Armando Bran
2.
3.
4.

COUNSEL
1.
2.
3.
4.

FILED APR 29 2013 CLERK, U.S. DISTRICT COURT RICHMOND, VA

**APPEARANCES:** GOVERNMENT _____ ( )
DEFENDANT WITH COUNSEL ( )  DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )  WAIVER OF APPEARANCE FILED ( )

**BAIL STATUS:** DEFENDANT ON BOND ( )  DEFENDANT INCARCERATED ( )  BOND NOT SET ( )

**TYPE OF PROCEEDINGS:** ARRAIGNMENT ( )  REARRAIGNMENT/GUILTY PLEA ( )  MOTIONS ( )
OTHER: Show Cause Order to Juror, Jason Paul Gill ( )

**PRELIMINARY PROCEEDINGS:** WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER: _____ ( )

**ARRAIGNMENT PROCEEDINGS:**

| DEFENDANT(S) | WFA | FA | GUILTY | NG | JURY | WAIVED | 30-DAY WAIVER |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |

**GUILTY PLEA PROCEEDINGS:**
DEFENDANT WITHDREW PLEA OF NG AS TO COUNT(S) _____ ( )
DEFENDANT REARRAIGNED ON COUNT(S) _____ ( )
PLEA BARGAIN AGREEMENT FILED ( )
STATEMENT OF FACTS FILED ( )  USED AS SUMMARY ( )
DEFENDANT ENTERED PLEA(S) OF GUILTY AS TO COUNT(S) _____ ( )
COURT ACCEPTED PLEA ( )  GOVERNMENT SUMMARIZED EVIDENCE ( )
JUDGMENT: DEFENDANT GUILTY AS CHARGED IN COUNT(S) _____ ( )
PRESENTENCE REPORT ORDERED ( )  P.S.I. WAIVED ( )
SENTENCING GUIDELINE ORDER ENTERED ( )

**BOND HEARING PROCEEDINGS:**
DEFENDANT PLACED ON PR BOND IN AMOUNT OF $_____ ( )
BOND SET AT $_____ WITH SURETY ( )
DEFENDANT CONTINUED ON PRESENT BOND ( )  DEFT REMANDED ( )
GOVERNMENT'S MOTION FOR BENCH WARRANT TO ISSUE IN THE AMOUNT OF
$_____ WITH SURETY HEARD ( )  GRANTED ( )
BENCH WARRANT TO ISSUE ( )  MOTION DENIED ( )

**OTHER PROCEEDINGS:**
( ) Government motion to unseal Indictment; granted.
( ) Motions to be filed within 11 days; Responses due 11 days thereafter.
( ) Agreed Discovery Order presented; entered by Court.
Juror appeared and apologized to the Jury Clerk. Show Cause Order will be terminated.

**CASE CONTINUED TO:** _____, 20__ AT _____.M. FOR _____

CASE SET: 9:30 a.m.  BEGAN: 9:35 a.m.  ENDED: 9:37 a.m.  TIME IN COURT: 2 mins.