IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12:CR131-01 |
| | ) | |
| JOSE ARMANDO BRAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**RESPONSE OF THE UNITED STATES TO DEFENDANT'S**
**MOTION IN LIMINIE TO EXCLUDE PHONE CALLS MADE BY DEFENDANT BRAN**

COMES NOW the United States, by counsel, and files this response to the defendant's motion to exclude phone calls between February 28, 2013 and April 4, 2013 made by defendant Jose Bran at the Northern Neck Regional Jail. The Government has no plans to introduce any of these phone calls during its case-in-chief.

Respectfully submitted,

Neil H. MacBride
United States Attorney

By:      _____/s/_____
Roderick C. Young
Assistant United States Attorney
Virginia Bar Number 39679
United States Attorney's Office
Eastern District of Virginia
 Richmond Division
600 E. Main Street, Suite 1800
Richmond, Virginia 23219
804-819-5400
804-771-2316 (f)
roderick.c.young@usdoj.gov

_____/s/_____
Andrew L. Creighton
Trial Attorney
Maryland Bar Member
Organized Crime and Gang Section
United States Department of Justice
1301 New York Ave., NW
Suite 700
Washington, D.C. 20005
(202) 531-9339
(202) 514-3601 (f)
andrew.creighton@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of May, 2013, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF filing system which will then send a notification of such filing (NEF) to counsel of record.

Counsel To Jose Armando Bran

John A. Rockecharlie, Esquire
JRockecharlie@Bownlawfirm.com

Mary E. Maguire, Esquire
Mary_Maguire@fd.org

Carolyn Grady, Esquire
Carolyn_Grady@fd.org

_____/s/_____
Roderick C. Young
Assistant United States Attorney