CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: Payne
REPORTER: Peppy Peterson, OCR
DOCKET NO.: CR 3:12CR00131-01
DATE: May 07, 2013

UNITED STATES OF AMERICA
v.   COUNSEL

1. Jose Armando Bran    1. Mary Maguire, Esq.
2.                      2. Carolyn Grady, Esq.
3.                      3. John Rockecharlie, Esq.
4.                      4.

FILED MAY - 7 2013 CLERK, U.S. DISTRICT COURT RICHMOND, VA

APPEARANCES: GOVERNMENT Roderick Young, AUSA; Andrew Creighton, Esq.
DEFENDANT WITH COUNSEL (✓)   DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )    WAIVER OF APPEARANCE FILED ( )

BAIL STATUS: DEFENDANT ON BOND ( )   DEFENDANT INCARCERATED (✓)   BOND NOT SET ( )

TYPE OF PROCEEDINGS: ARRAIGNMENT ( )   REARRAIGNMENT/GUILTY PLEA ( )   MOTIONS (✓)
OTHER: _____ ( )

PRELIMINARY PROCEEDINGS: WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER: _____ ( )

ARRAIGNMENT PROCEEDINGS:

| DEFENDANT(S) | WFA | FA | GUILTY | NG | JURY | WAIVED | 30-DAY WAIVER |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |

GUILTY PLEA PROCEEDINGS:
DEFENDANT WITHDREW PLEA OF NG AS TO COUNT(S) _____ ( )
DEFENDANT REARRAIGNED ON COUNT(S) _____ ( )
PLEA BARGAIN AGREEMENT FILED ( )
STATEMENT OF FACTS FILED ( )   USED AS SUMMARY ( )
DEFENDANT ENTERED PLEA(S) OF GUILTY AS TO COUNT(S) _____ ( )
COURT ACCEPTED PLEA ( )   GOVERNMENT SUMMARIZED EVIDENCE ( )
JUDGMENT: DEFENDANT GUILTY AS CHARGED IN COUNT(S) _____ ( )
PRESENTENCE REPORT ORDERED ( )   P.S.I. WAIVED ( )
SENTENCING GUIDELINE ORDER ENTERED ( )

BOND HEARING PROCEEDINGS:
DEFENDANT CONTINUED ON PRESENT BOND ( )   DEFT REMANDED (✓)
BENCH WARRANT TO ISSUE ( )   MOTION DENIED ( )

OTHER PROCEEDINGS: The Court heard arguments and evidence on various motions. See transcript for rulings. Order also to enter.

CASE CONTINUED TO: _____, 20__ AT _____ .M. FOR _____

CASE SET: 10:00 a.m.   BEGAN: 10:05 a.m.   ENDED: 5:10 a.m.   TIME IN COURT: 6 hrs. 5 mins
20 mins Lunch: 1 hr. 20 mins

# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Virginia - Richmond Division

United States
v.
Jose Armando Bran

EXHIBIT AND WITNESS LIST

Case Number: 3:12CR00131-01

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Payne | See Minute Sheet | See Minute Sheet |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| May 07, 2013 | Peppy Peterson, CCR | Skip Neal |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | SA Matthew R. Rosenberg |
| | | | | | SA Linsey Bosnich S/A |
| | 1 | | | ✓ | 302 Interview 2/24/12 |
| | 2 | | | | " 2/29/13 2012 DRAFT 302 |
| | 3 | | | ✓ | 302 " 02-29-12 |
| | 4 | | | ✓ | 302 " 02-29-12 |
| | 5 | | | ✓ | Notes - deputy 2-29-12 Bastaville |
| | 6 | | | ✓ | Notes/Interview - Bosnich 6-23-11 |
| | 7 | | | ✓ | 302 - " 4/13/12 |
| | 8 | | | ✓ | Notes - 4/2/2012 |
| 1 | | | | | Notes - Agent Bosnich |
| | 9 | | | ✓ | evidence receipt |
| | | | | | Alejandro Ardila |
| | 1 | | | ✓ | 302 |
| | 2 | | | | SA Umphlet |
| | 9 | | | ✓ | evidence receipt |
| | 4 | | | ✓ | |
| | 2 | | | ✓ | |
| | 3 | | | ✓ | |
| | | | | | Navin Covens De Leon |
| | 4 | | | ✓ | |
| | | | | | Paul Fautl |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

vs.

CASE NO.

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 5-7-13 |  |  | Matthew Rosenberg |
|  | D1 |  |  | ✓ | Report of Rosenberg |
|  | 10 |  |  | ✓ | Transcript |
|  | A |  |  | ✓ |  |
|  | B |  |  | ✓ |  |
|  | A-1 |  |  | ✓ | Rosenberg |
|  | D |  |  | ✓ | Redacted Version Rosenberg |
|  | D1 |  |  | ✓ | Full Version |
|  | C |  |  | ✓ | Ogden Memo |
|  | B1 |  |  |  | Letter |

Page ✓ of _____ Pages