

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

UNITED STATES OF AMERICA

v.                                              Criminal No. 3:12cr131-01

JOSE ARMANDO BRAN,

    Defendant.

**ORDER**

For the reasons set forth on the record, it is hereby ORDERED the defendant Jose Armando Bran's MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF MARVIN COREAS DE LEON (Docket No. 210) is denied.

It is so ORDERED.

_____/s/_____ _REP_

Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: May 8, 2013