# UNITED STATES DISTRICT COURT

EASTERN        DISTRICT OF        VIRGINIA

UNITED STATES OF AMERICA

V.

JOSE ARMANDO BRAN

**SUBPOENA IN A CRIMINAL CASE**

Case Number:   3:12cr131-01

TO:

**CUSTODIAN OF RECORDS
RICHMOND CITY JAIL
1701 FAIRFIELD WAY
RICHMOND, VIRGINIA 23223**



X   YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| UNITED STATES DISTRICT COURT<br>SPOTTSWOOD W. ROBINSON III & ROBERT R. MERHIGE, JR., COURTHOUSE<br>701 EAST BROAD STREET, 7th FLOOR<br>RICHMOND, VIRGINIA 23219 | JUDGE ROBERT E. PAYNE |
| | DATE AND TIME |
| | May 13, 2013 - 9:30 a.m. |

X   YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

*In lieu of appearing at the hearing of this matter, you may produce the requested documents at the Office of the Clerk, United States District Court, 3rd Floor, Richmond, Virginia 23219, on or before May 13, 2013, by 12:00 p.m.*

Housing information, including pod and cell assignments, for the following former Richmond City Jail inmates from the time of their arrival in 2012 until their respective release into federal custody:

1. Justin Amador, DOB 06/04/xx
2. Jose Armando Bran, DOB 05/03/xx
3. Marvin Coreas De Leon, DOB 07/15/xx
4. Mario Molina, DOB 09/08/xx
5. Giovanny Torres, DOB 09/15/xx

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| **FERNANDO GALINDO** | MAY 10 2013 |
| (By) Deputy Clerk | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Mary E. Maguire, Esq.
701 East Broad Street, Suite 3600
Richmond, VA 23219
(804)565-0860